# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **Clayton Payne,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | ) Case No. 10-3455-CV-S-JTM |
| | ) |
| **Michael J. Astrue,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On Thursday, November 11, 2011, the Court heard oral argument on *Plaintiff's Social Security Brief*, filed May 20, 2011 [Doc 8]l; the *Brief Of Defendant*, filed August 3, 2011 [Doc. 11]; and *Plaintiff's Reply Brief*, filed August 29, 2011 [Doc. 12]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the decision of the Commissioner is **AFFIRMED**.

　　　　　　　　　　　　　　　　　　　　*/s/ John T. Maughmer*
　　　　　　　　　　　　　　　　　　　　**JOHN T. MAUGHMER**
　　　　　　　　　　　　　　　　　　　　**U. S. MAGISTRATE JUDGE**